

Case 3:06-cv-00457-H   Document 9   Filed 04/19/06   Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

BUDDY LEE CRINER  
    Petitioner  
v.  

DOUGLAS DRETKE, DIRECTOR, TEXAS  
DEPARTMENT OF CRIMINAL JUSTICE  
    Respondent  

CA-3:06-CV-0457-H

## ORDER

Before the Court are the Findings, Conclusions and Recommendation of the United States Magistrate Judge, filed April 10, 2006, and Petitioner's Objection thereto, filed April 18, 2006.

The Court has made the required independent review of the pleadings, files, and records in this case; the Findings and Conclusions of the Magistrate Judge and Petitioner's Objections. Having done so, the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are **ADOPTED** as the Findings and Conclusions of the Court, and Petitioner's Objections are **OVERRULED**.

Judgment will be entered accordingly.

SO ORDERED.

DATED: April _____19_____, 2006.

_____  
BAREFOOT SANDERS, SENIOR JUDGE  
UNITED STATES DISTRICT COURT  
NORTHERN DISTRICT OF TEXAS